## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAZEER AMODU** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-583** |
| | : | |
| **OXFORD REHABILITATION AND** | : | |
| **HEALTHCARE CENTER** | : | |

## <u>ORDER</u>

**AND NOW**, this 5th day of June 2026, upon considering defendant's motion for summary judgment (DI 24), plaintiff's opposition (DI 25), defendant's reply (DI 26), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion for summary judgment (DI 24) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**